## FABIAN *v.* DAVIS.

Where a witness resides within the state, but in a different county from the place of trial, his deposition may be taken either upon notice, or written interrogatories.

If he reside without the state, a commission should issue to the officer or commissioner taking the same.

If within the county where the trial is to take place, then no such commission is necessary.

If within the state, but in a different county, then the party may pursue either of the two methods.

### Appeal from the Des Moines District Court.

### TUESDAY, JANUARY 12, 1858.

Depositions were taken by defendant in Keokuk county, in this state, after due notice of the time and place of taking the same. On motion of plaintiff, these depositions were suppressed, for the reason that they were not taken upon commission and interrogatories. From this order, defendant appeals.

Starr & Phelps, and Robertson, for the appellant.

D. Rorer, for the appellee.

WRIGHT, C. J.—The motion to suppress was improperly sustained. Where the witness resides within this state, but in a different county from the place of trial, his deposition may be taken either upon notice or written interrogatories. If he resides without the state, a commission should issue to the officer or commissioner taking the same, If within the county where the trial is to take place, then no such commission is necessary. If within the state, but in a different county, then the party may pursue either of the two methods. Code, sections 2445-6-7, 2453.